大成 DENTONS

Jonathan Hong
Associate

jonathan.hong@dentons.com
D +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

June 16, 2025

**Application GRANTED IN PART, in that the deadline for Defendant to respond to the Complaint is extended until July 9, 2025.**

**The Clerk of Court is respectfully requested to terminate ECF 13.**

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Date: June 16, 2025**
**New York, NY**

SO ORDERED
/s/ Robyn F. Tarnofsky
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    Isakov v. Athletic Propulsion Labs, LLC, Case No. 1:25-cv-02141-DEH-RFT

Dear Judge Tarnofsky:

We represent defendant Athletic Propulsion Labs, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we request that the Court adjourn sine die the Defendant's Deadline to respond to the complaint scheduled for June 17, 2025. (Dkt # 12).

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Jonathan S. Hong*
Jonathan S. Hong

cc:    All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms