**大成 DENTONS**

Jonathan Hong
Associate

jonathan.hong@dentons.com
D +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

> **Application (ECF 15) GRANTED IN PART AND DENIED IN PART. The original deadline for Defendant to respond to the Complaint was April 16, 2025. I have granted two previous extensions – once to allow Defendants to get up to speed after being retained (ECF 10), and once to allow the parties "to finalize their efforts to bring about the voluntary dismissal of all claims" (ECF 14). The parties now seek an additional six-week extension, also to permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims." (ECF 15.) The parties provide no explanation of the progress they have made since the last extension or why they were unable to finalize their settlement efforts during that period. I am therefore not inclined to grant the requested extension; as a courtesy, I will extend Defendants' deadline to respond to the complaint from July 8, 2025 until July 14, 2025. The Clerk of Court is respectfully requested to terminate ECF 15.**
>
> **SO ORDERED**
>
> */s/ Robyn F. Tarnofsky*
>
> **Date: July 7, 2025**
> **New York, NY**
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

July 7, 2025

<u>**VIA ECF**</u>

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Isakov v. Athletic Propulsion Labs, LLC, Case No. 1:25-cv-02141-DEH-RFT

Dear Judge Tarnofsky:

We represent defendant Athletic Propulsion Labs, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we request that the Court adjourn sine die the Defendant's Deadline to respond to the complaint scheduled for July 9, 2025 (Dkt # 16) to August 22, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Jonathan S. Hong*
Jonathan S. Hong

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms